# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LINDA LANG,

   Plaintiff,

  v.                Case No. 06-C-5

ISLAND NATIONAL GROUP and
RJM ACQUISITION FUNDING LLC,

   Defendants.

## DECISION AND ORDER

  The plaintiff, in the above-entitled action, has not effected service of process within the time required by Fed. R. Civ. P. 4(m), and the defendants have not waived service under Fed. R. Civ. P. 4(d). This Court issued a warning letter on May 12, 2006, advising the plaintiff to effect proper service or provide an explanation establishing good cause for their failure to do so. The Court has not received any communication in response to its letter and, pursuant to E.D. Wis. Civil L.R. 41.1, retains the power to dismiss actions where plaintiffs fail to properly effect service in accordance with the Federal Rules of Civil Procedure.

  **THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT**

  The above-entitled action is hereby **DISMISSED** without prejudice.

Dated at Milwaukee, Wisconsin, this 12th day of June, 2006.

            SO ORDERED,

            s/ Rudolph T. Randa
            **HON. RUDOLPH T. RANDA**
            **Chief Judge**